UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>        Plaintiff,<br><br>    v.<br><br>RSM ORIENTAL FOOD MART & RESTAURANT, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-01586-KAW<br><br>**ORDER TO SHOW CAUSE** |

        Plaintiff Richard Sepulveda filed the instant suit against Defendants RSM Oriental Food Mart & Restaurant, LLC, et al. (Dkt. No. 1.) Pursuant to General Order 56, the joint site inspection deadline was August 1, 2023, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection. (*See* Dkt. No. Re: Dkt. No. 4.) Thus, Plaintiff's "Notice of Need for Mediation" was due by September 12, 2023.

        As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **November 10, 2023**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

        IT IS SO ORDERED.

Dated: October 26, 2023

                                                               KANDIS A. WESTMORE
                                                               United States Magistrate Judge